1  SYLVIA TORRES-GUILLÉN (SBN 164835)
     *storres-guillen@aclusocal.org*
2  AMERICAN CIVIL LIBERTIES UNION
   FOUNDATION OF SOUTHERN CALIFORNIA, INC.
3  1313 W. 8th Street
   Los Angeles, CA 90017
4  Telephone:  (213) 977-5220
   Facsimile:   (213) 977-5299
5  Attorneys for Plaintiffs

6  *Additional counsel on following page*

7
## UNITED STATES DISTRICT COURT
8
## CENTRAL DISTRICT OF CALIFORNIA
9
## EASTERN DIVISION

10

| | |
|---|---|
| SIGMA BETA XI, INC.; ANDREW M., by and through his next friend DENISE M., on behalf of himself and all others similarly situated; JACOB T., by and through his next friend HEATHER T., on behalf of himself and all others similarly situated; J.F., by and through her next friend CINDY MCCONNELL, on behalf of herself and all others similarly situated, | Case No. 5:18-cv-01399-JGB-JEM  **CLASS ACTION**  **DECLARATION OF KELLY MORAN IN SUPPORT OF SUMMARY OF OBJECTIONS OR RESPONSES TO CLASS SETTLEMENT RECEIVED FROM CLASS MEMBERS**  *[Filed Concurrently with Motion for Final Approval of Class Settlement, Summary of Objections or Responses to Class Settlement, Declaration of Sylvia Torres-Guillén, Declaration of Linnea Nelson and Proposed Order]*  Complaint Filed:   July 1, 2018  Vacated Trial Date:   Nov. 19, 2019  Judge: Hon. Jesus G. Bernal  Mag. Judge: John E. McDermott |
| Plaintiffs, | |
| v. | |
| COUNTY OF RIVERSIDE; MARK HAKE, Chief of the Riverside County Probation Department, in his official capacity; BRYCE HULSTROM, Chief Deputy of the Riverside County Probation Department, in his official capacity, | |
| Defendants. | |

LINNEA L. NELSON (SBN 278960)
 *lnelson@aclunc.org*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION OF
NORTHERN CALIFORNIA, INC.
39 Drumm St.
San Francisco, CA 94111
Telephone: (415) 621-2493

SARAH HINGER*
 *shinger@aclu.org*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad St., 18th Floor
New York, NY 10004
Telephone: (212) 519-7882
*Admitted *Pro Hac Vice*

DAVID LOY (SBN 229235)
 *davidloy@aclusandiego.org*
MELISSA DELEON (SBN 272792)
 *mdeleon@aclusandiego.org*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION OF SAN
DIEGO AND IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
Telephone: (619) 398-4489
Facsimile: (619) 232-0036

SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
MOE KESHAVARZI (SBN 223759)
 *mkeshavarzi@sheppardmullin.com*
ANDREA N. FEATHERS (SBN 287188)
 *afeathers@sheppardmullin.com*
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone: (213) 620-1780
Facsimile: (213) 620-1398

MICHAEL HARRIS (SBN 118234)
 *mharris@youthlaw.org*
NATIONAL CENTER FOR
YOUTH LAW
405 14th Street, 15th Floor
Oakland, CA 94612
Telephone: (510) 835-8098
Facsimile: (410) 835-8099

VICTOR LEUNG (SBN 268590)
 *vleung@aclusocal.org*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SOUTHERN
CALIFORNIA, INC.
1313 W. 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5219
Facsimile: (213) 977-5299

Attorneys for Plaintiffs

## DECLARATION OF KELLY A. MORAN

I, KELLY A. MORAN, declare and state as follows:

1.      I am an attorney duly licensed to practice law before this court and am a Deputy County Counsel with the Office of County Counsel for the County of Riverside, attorneys of record for Defendants County of Riverside; Mark Hake, and Bryce Hulstrom (hereinafter collectively the "County").

2.      The facts contained in this declaration are known personally to me and if called upon to testify as a witness thereto, I could and would competently do so under oath. This declaration is submitted in support of Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement ("Motion for Final Approval") and Plaintiffs' Summary of Objections or Responses to Class Settlement Received From Class Members ("Summary of Responses to Class Settlement").

3.      Pursuant to the terms of the Class Settlement Agreement ("Agreement"), effective July 1, 2019, the Riverside County Probation Department ("Probation") has terminated the Youth Accountability Team ("YAT") program for any youth referred to the program under Welfare & Institutions Code Section 601.  Any youth whose participation in the YAT program was concluded on July 1, 2019 were promptly notified of this termination.

4.      The notices to the class ("Notice") and a copy of the Agreement were posted online by the County and Probation on a rolling basis as finalized versions were agreed upon by counsel and made available to the County.  By October 17, 2019, all Notices and a copy of the Agreement were posted online in both English and Spanish on the following County websites: https://probation.co.riverside.ca.us/ and https://www.countyofriverside.us/.

5.      On December 19, 2019, this Court continued the deadline for notice to the class to be completed and continued the hearing on final approval of the class settlement. On January 10, 2020, an updated Notice ("Updated Notice") to the Class

Members was posted on the County websites, in both English and Spanish, informing the Class Members of the new hearing date.

6. I regularly check the County of Riverside and Probation Department websites to ensure that the Notices and Agreement remain posted and available.

7. On September 24, 2019, the County posted the Notice, in English and Spanish, in the following locations where Riverside County YAT probation officers are regularly stationed: Banning Office; Iowa Office; Main Street Office; Juvenile Services Division Office; Corona Office; Murrieta/Technology Office; Moreno Valley Office; San Jacinto Office; Research Park Office; Palm Springs Office; Indio Office; and Blythe Office. On January 8, 2020, the Updated Notice was posted in the aforementioned offices.

8. The web postings and postings in locations where YAT probation officers are regularly stationed will remain in place until this Court issues an order approving or rejecting the Settlement, and will then remain posted in compliance with the terms of the Settlement Agreement.

9. On September 24, 2019, the County provided the Notice, in English and Spanish, to juvenile defense attorneys in Riverside County through the Riverside County Public Defender and alternate public defender offices. On January 8, 2020, the Updated Notices were also provided to the aforementioned juvenile defense attorneys.

10. The County contracted with AB Data to send postcard notices to all class members.

11. On January 3, 2020, AB Data sent postcard notices in English to all potential class members, which included 39,319 individuals. All 39,319 individuals were also later sent postcard notices in Spanish on January 17, 2020.

12. On September 13, 2019, AB Data created a number for interested parties to call to find out if they were a member of the class (877-318-6163). As of March 4, 2020, AB Data received 23 calls on this line.

1. 13. Neither my office nor Probation have received any objection from Class Members to the settlement, either by regular mail or email.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 9, 2020 in Riverside, California.

By _____

Kelly A. Moran

Deputy County Counsel