SYLVIA TORRES-GUILLÉN (SBN 164835)
*storres-guillen@aclusocal.org*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SOUTHERN CALIFORNIA, INC.
1313 W. 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5220
Facsimile: (213) 977-5299

Attorneys for Plaintiffs

JAMES E. BROWN, Assistant County Counsel (SBN 162579)
KELLY A. MORAN, Supervising Deputy County Counsel (SBN 267147)
3960 Orange Street, Suite 500
Riverside, CA 92501-3674
Telephone: (951) 955-6300
Facsimile: (951) 955-6363
Email: Jebbrown@rivco.org
        kmoran@rivco.org

Attorneys for Defendants, COUNTY OF RIVERSIDE; MARK HAKE, AND BRYCE HULSTROM

*Additional counsel on following page*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## EASTERN DIVISION

| | |
|---|---|
| SIGMA BETA XI, INC.; ANDREW M., by and through his next friend DENISE M., on behalf of himself and all others similarly situated; JACOB T., by and through his next friend HEATHER T., on behalf of himself and all others similarly situated; J.F., by and through her next friend CINDY MCCONNELL, on behalf of herself and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF RIVERSIDE; MARK HAKE, Chief of the Riverside County Probation Department, in his official capacity; BRYCE HULSTROM, Chief Deputy of the Riverside County | Case No. 5:18-cv-01399-JGB-JEM <br><br> <u>CLASS ACTION</u> <br><br> **ADDENDUM TO CLASS ACTION SETTLEMENT AGREEMENT** <br><br> Complaint Filed:     July 1, 2018 <br> Final Approval of Class Settlement <br> Granted:     June 22, 2020 <br><br> Judge: Hon. Jesus G. Bernal <br> Mag. Judge: John E. McDermott |

1    Probation Department, in his official
     capacity,
2
              Defendants.
3

ADDENDUM TO CLASS ACTION SETTLEMENT AGREEMENT

1   LINNEA L. NELSON (SBN 278960)
2     lnelson@aclunc.org
    AMERICAN CIVIL LIBERTIES
3   UNION FOUNDATION OF
    NORTHERN CALIFORNIA, INC.
4   39 Drumm St.
    San Francisco, CA 94111
5   Telephone: (415) 621-2493

6   SARAH HINGER*
      shinger@aclu.org
7   AMERICAN CIVIL LIBERTIES
    UNION FOUNDATION
8   125 Broad St., 18th Floor
    New York, NY 10004
9   Telephone: (212) 519-7882
    *Admitted Pro Hac Vice
10
    DAVID LOY (SBN 229235)
11    davidloy@aclusandiego.org
    MELISSA DELEON (SBN 272792)
12    mdeleon@aclusandiego.org
    AMERICAN CIVIL LIBERTIES
13  UNION FOUNDATION OF SAN
    DIEGO AND IMPERIAL COUNTIES
14  P.O. Box 87131
    San Diego, CA 92138-7131
15  Telephone: (619) 398-4489
    Facsimile: (619) 232-0036

    SHEPPARD, MULLIN, RICHTER &
    HAMPTON LLP
    A Limited Liability Partnership
    Including Professional Corporations
    MOE KESHAVARZI (SBN 223759)
      mkeshavarzi@sheppardmullin.com
    ANDREA N. FEATHERS (SBN 287188)
      afeathers@sheppardmullin.com
    333 South Hope Street, 43rd Floor
    Los Angeles, California 90071-1422
    Telephone:   (213) 620-1780
    Facsimile:   (213) 620-1398

    MICHAEL HARRIS (SBN 118234)
      mharris@youthlaw.org
    NATIONAL CENTER FOR
    YOUTH LAW
    405 14th Street, 15th Floor
    Oakland, CA 94612
    Telephone:   (510) 835-8098
    Facsimile:   (410) 835-8099

    VICTOR LEUNG (SBN 268590)
      vleung@aclusocal.org
    AMERICAN CIVIL LIBERTIES UNION
    FOUNDATION OF SOUTHERN
    CALIFORNIA, INC.
    1313 W. 8th Street
    Los Angeles, CA 90017
    Telephone:   (213) 977-5219
    Facsimile:   (213) 977-5299
    Attorneys for Plaintiffs

16

17

18

19

20

21

22

23

24

25

26

27

28

# ADDENDUM TO CLASS ACTION SETTLEMENT AGREEMENT

Pursuant to Section XX.B of the Settlement Agreement and Release ("Settlement Agreement") in the above captioned case, this Addendum is entered into by the parties to the Settlement Agreement to modify select provisions of the Settlement Agreement as described herein. The Settlement Agreement remains in effect except to the extent it is conflict with this Addendum.

1. All terms in this Addendum have the same meanings as in the Settlement Agreement.

2. Section IV.G of the Settlement Agreement is hereby revised to include the following:

H. On December 20, 2019, the Juvenile Court for the County of Riverside in Case Number SWJ1900571 Ordered that "Any youth involved in the Youth Accountability Team (" YAT") Program and/ or any other non- court- ordered probation supervision program, who is within the jurisdiction of the juvenile court, shall be appointed counsel at no cost for purposes of the youth's involvement in the YAT Program and/ or any other non-court- ordered probation supervision program only."

This Order became effective upon execution of the Order Granting Plaintiffs' Motion for Final Approval of Class Action Settlement in the Federal Action.

A copy of the Juvenile Court's Order in this regard is attached hereto as Exhibit "E".

3. Section X.D of the Settlement Agreement is hereby revised to provide as follows:

D. Within 180 days of the Effective Date of Settlement, the Probation Department shall create a mandatory training plan reflecting that all personnel assigned to administer the YAT Program or any other non-court ordered supervision program, and personnel assigned to juvenile intake functions, shall receive training in the areas of "Engaging Youth for Better Probation Outcomes" and "Advancing Probation Practice" as outlined and identified by Scott MacDonald and Naomi Goldstein. Scott MacDonald and Naomi Goldstein shall coordinate and lead the training on a yearly basis beginning in FY **2020/2021.**

4. Section X.D(2) of the Settlement Agreement is hereby revised to provide as follows:

(2) Initial training will commence in training year FY **2020/2021** and will consist of two eight (8) hour blocks. Scott MacDonald and Naomi Goldstein will assist the Probation Department in seeking Standards and Training for Corrections-certification for this instruction.

5. Section X.D(4) of the Settlement Agreement is hereby revised to provide as follows:

(4) A four-hour refresher training for each course will be held annually beginning in FYI **2021/2022** and continuing through the end of FY **2024/2025** for staff who are assigned to the YAT Program or any other non-court ordered supervision program, and to juvenile intake functions.

6. Sections XIII.A(3) and (4) of the Settlement Agreement are hereby revised to provide as follows:

A. Within 180 days of the Effective Date of Settlement, the Probation Department shall:

(3). Identify all youth who were referred to and/or placed on a YAT contract under the jurisdiction of Welfare & Institutions Code § 602. YAT case files for such youth will be maintained or sealed in accordance with Welfare & Institutions Code § 781 and § 786.5.

(a)   For the 23,717 youth the Riverside County Probation Department has deemed to have "successfully completed" the YAT Program, pursuant to Welfare & Institutions Code § 786.5, the Riverside County Probation Department shall seal the YAT Program case file records in its custody relating to all of the 23,717 youth referred to, and/ or who participated in, the YAT Program.

The Riverside County Probation Department shall also notify all public or private agencies involved in operating the YAT Program to seal the YAT Program case file records in the custody of those agencies relating to all of the 23,717 youth's referral and participation in the YAT Program in accordance with Welfare & Institutions Code § 786.5. These agencies shall promptly seal all such records in accordance thereto.

Pursuant to Welfare & Institutions Code § 786.5, upon such sealing of any records of these 23,717 youth, the arrest or offense giving rise to the youth' s participation in the program shall be deemed not to have occurred and the youth may respond accordingly to any inquiry, application, or process in which disclosure of this information is requested or sought.

A copy of the Juvenile Court's Order in this regard is attached hereto as Exhibit "F". This Order became effective upon execution of the Order Granting Plaintiffs' Motion for Final Approval of Class Action Settlement in the Federal Action.

(b)  For the approximately 2,600 records related to youth who were unsuccessful or withdrew from the YAT program, some of these youth may be eligible for record sealing under Welfare & Institutions Code § 781, after the filing of a petition, assessment by the District Attorney, and a possible Court hearing has occurred.

A process has been established whereby the names and information related to each of the approximately 2,600 petitions have been provided to Burns & Oblachinski, counsel retained by the County to represent the approximately 2,600 youth who were unsuccessful or withdrew from the YAT program for the purpose of possibly sealing the YAT records under Welfare & Institutions Code § 781. Burns & Oblachinski will review each matter and will file a petition for sealing of YAT records under Welfare & Institutions Code § 781 where appropriate. The petition will be reviewed by the District Attorney's office and potentially objected to. If no objection is filed, the Court may approve the sealing of the youth's specific YAT program file for which the petition was filed. If an objection is filed, the Court will set the matter for hearing.

(4) Notify all youth who were referred to and/or placed on a YAT contract under the jurisdiction of Welfare & Institutions Code § 601 and their parent or guardian that the youth continues to be eligible for diversion under Welfare & Institutions Code § 654. This notification shall be done by: (1) Amending the Final Notice of Class Settlement to include one sentence indicating that "All youth who were referred to and/or placed on a YAT contract under the jurisdiction of Welfare &

ADDENDUM TO CLASS ACTION SETTLEMENT AGREEMENT

Institutions Code § 601 continue to be eligible for diversion under Welfare & Institutions Code § 654"; (2) Including the aforementioned provision in the Addendum to Class Action Settlement Agreement as set forth herein; (3) Posting of the Final Notice and Addendum to Class Action Settlement Agreement on the County, Probation, and Class Counsels' websites within 7 days of the Court's approval of the Addendum to Class Action Settlement Agreement; and (4) Distributing copies of the Final Notice and Addendum to Class Action Settlement Agreement to the Juvenile Defense Panel and the District Attorney's Office within 7 days of the Court's approval of the Addendum to Class Action Settlement Agreement.

7.  Section XIV(B) of the Settlement Agreement is hereby revised to include the following:

(7)  On December 20, 2019, the Juvenile Court for the County of Riverside in Case Number SWJ1900571 Ordered that "third-party Monitors stipulated to by the Parties shall be permitted access to the Youth Accountability Team ('YAT') Program case files for all youth in the YAT Program or any other non- court-ordered probation supervision program to ensure Defendants' compliance with the Agreement, subject to the following conditions: 1) any reports prepared by the third-party Monitors shall not include any of the juveniles' names or personally identifying information; 2) any reports prepared by the third-party Monitors shall not include any individual YAT case file, or part thereof, as an attachment, addendum or exhibit to the report, and 3) the Parties shall use the following notice which currently exists in the Notice to the Class in the Federal Action, provided to this Court, which advises Class Members that, 'The County will regularly collect and analyze data around the referrals, participation, and outcomes for youth who are placed in the YAT program. The County will disaggregate all data to show any disparities by race / ethnicity, gender, age at time of alleged offense, and foster youth status.  The County will publish a written, publicly available report each year sharing its analysis of this data.'"

A copy of the Juvenile Court's Order in this regard is attached hereto as Exhibit "G".  This Order became effective upon execution of the Order Granting Plaintiffs' Motion for Final Approval of Class Action Settlement in the Federal Action.

8.  Section XVI(A) of the Settlement Agreement is hereby revised to provide as follows:

ADDENDUM TO CLASS ACTION SETTLEMENT AGREEMENT

A.  Concurrently with their filing of this Agreement, Plaintiffs' Counsel shall apply to the Court for Preliminary Approval of the Settlement provided for in this Agreement and entry of a Preliminary Approval Order. Such Preliminary Approval will seek approval of a Notice to the Class, as well as a finding that the following satisfies the publication requirements of Rule 23 of the Federal Rules of Civil Procedure. The Parties agree that Defendants will contract with AB Data to create the Notice to the Class, and to create and implement the Notice Plan intended to reach a high percentage of Class Members. A copy of the Juvenile Court's Order authorizing the release to AB Data of the names and contact information for all youth who were referred to or have participated in the YAT Program is attached hereto as Exhibit "H". A description of the Notice Plan is attached as Exhibit D.

**(SIGNATURES ON FOLLOWING PAGE)**

1    <u>**Accepted and Agreed to by:**</u>

2

3

4

5    Dated:  August 20, 2020

6                                    By:      /s/ *Victor Leung*
                                          _____
7                                         ACLU FOUNDATION OF SOUTHERN
                                          CALIFORNIA
                                          Victor Leung

8                                         ACLU FOUNDATION OF NORTHERN
9                                         CALIFORNIA
                                          Linnea L. Nelson

10                                        AMERICAN CIVIL LIBERTIES UNION
11                                        FOUNDATION
                                          Sarah Hinger (Admitted *Pro Hac Vice*)

12                                        ACLU FOUNDATION OF SAN DIEGO AND
13                                        IMPERIAL COUNTIES
                                          David Loy
14                                        Melissa Deleon

15                                        SHEPPARD, MULLIN, RICHTER
                                          & HAMPTON LLP
16                                        Moe Keshavarzi
                                          Andrea N. Feathers
17
                                          NATIONAL CENTER FOR YOUTH LAW
18                                        Michael Harris

19                                        Attorneys for Plaintiffs

20

21

22   August 20, 2020                  By:
                                          _____
23                                        OFFICE OF COUNTY COUNSEL FOR THE
                                          COUNTY OF RIVERSIDE
24                                        James E. Brown
                                          Kelly A. Moran
25                                        Attorneys for Defendants

26

27

28

-9-

1  Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, KELLY A. MORAN, attest that all

2  signatories listed, and on whose behalf the filing is submitted, concur in the filing's

3  content and have authorized the filing.

4                                                          /s/ Kelly A. Moran

ADDENDUM TO CLASS ACTION SETTLEMENT AGREEMENT

# EXHIBIT E

1  SYLVIA TORRES-GUILLÉN (SBN 164835)
   *storres-guillen@aclusocal.org*
2  AMERICAN CIVIL LIBERTIES UNION
   FOUNDATION OF SOUTHERN CALIFORNIA, INC.
3  1313 W. 8th Street
   Los Angeles, CA 90017
4  Telephone:  (213) 977-5220
   Facsimile:   (213) 977-5299
5
   Attorneys for Plaintiffs
6
7  JAMES E. BROWN, Assistant County Counsel (SBN 162579)
   KELLY A. MORAN, Deputy County Counsel (SBN 267147)
8  3960 Orange Street, Suite 500
   Riverside, CA  92501-3674
9  Telephone:  (951) 955-6300
   Facsimile:   (951) 955-6363
10 Email: Jebbrown@rivco.org
          Kmoran@rivco.org
11 Attorneys for Defendants, COUNTY OF RIVERSIDE; MARK HAKE,
   AND BRYCE HULSTROM
12 *Additional counsel on following page*

13
14                **SUPERIOR COURT FOR THE STATE OF CALIFORNIA**

15            **COUNTY OF RIVERSIDE - JUVENILE COURT**

16 | SIGMA BETA XI, INC.; ANDREW | **[PROPOSED] ORDER OF THE**
   | M., by and through his next friend | **JUVENILE COURT REGARDING**
17 | DENISE M., on behalf of himself and | **APPOINTMENT AND PROVISION**
   | all others similarly situated; JACOB | **OF DEFENSE COUNSEL TO**
18 | T., by and through his next friend | **MINORS IN CONNECTION WITH**
   | HEATHER T., on behalf of himself | **THE YAT PROGRAM AND ALL**
19 | and all others similarly situated; J.F., | **NON-COURT-ORDERED**
   | by and through her next friend CINDY | **SUPERVISION PROGRAMS**
20 | MCCONNELL, on behalf of herself |
   | and all others similarly situated, | Presiding Judge: Hon. Judith C. Clark
21 |                   Plaintiffs, |
22 |                               | Case No. SWJ1900571
   |            v. |
23 | COUNTY OF RIVERSIDE; MARK |
   | HAKE, Chief of the Riverside County |
24 | Probation Department, in his official |
   | capacity; BRYCE HULSTROM, Chief |
25 | Deputy of the Riverside County |
   | Probation Department, in his official |
26 | capacity, |
27 |             Defendants. |
28

SMRH:4838-5931-              [PROPOSED] ORDER OF THE JUVENILE COURT
9960.1

1   LINNEA L. NELSON (SBN 278960)
     *lnelson@aclunc.org*
2   AMERICAN CIVIL LIBERTIES
    UNION FOUNDATION OF
3   NORTHERN CALIFORNIA, INC.
    39 Drumm St.
4   San Francisco, CA 94111
    Telephone: (415) 621-2493
5

6   DAVID LOY (SBN 229235)
     *davidloy@aclusandiego.org*
7   MELISSA DELEON (SBN 272792)
     *mdeleon@aclusandiego.org*
8   AMERICAN CIVIL LIBERTIES
    UNION FOUNDATION OF SAN
9   DIEGO AND IMPERIAL COUNTIES
    P.O. Box 87131
10  San Diego, CA 92138-7131
    Telephone: (619) 398-4489
11  Facsimile: (619) 232-0036

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MOE KESHAVARZI (SBN 223759)
*mkeshavarzi@sheppardmullin.com*
ANDREA N. FEATHERS (SBN 287188)
*afeathers@sheppardmullin.com*
SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone:   (213) 620-1780
Facsimile:   (213) 620-1398

MICHAEL HARRIS (SBN 118234)
*mharris@youthlaw.org*
NATIONAL CENTER FOR
YOUTH LAW
405 14th Street, 15th Floor
Oakland, CA 94612
Telephone:   (510) 835-8098
Facsimile:   (410) 835-8099

VICTOR LEUNG (SBN 268590)
*vleung@aclusocal.org*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SOUTHERN
CALIFORNIA, INC.
1313 W. 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5219
Facsimile:  (213) 977-5299

Attorneys for Plaintiffs

-2-

1   TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

2        Hearings on the Joint Stipulation and Petition filed by Plaintiffs Sigma Beta Xi,

3   Inc., Jacob T., J.F., and Andrew M., and Defendants County of Riverside (the

4   "County"), Mark Hake, and Bryce Hulstrom (together, the "Parties") took place

5   before the Honorable Judith C. Clark, Superior Court Judge of Riverside County –

6   Southwest Juvenile Court on October 21, 2019, November 6, 2019, and December 6,

7   2019. After considering the papers filed by the Parties, oral argument, and the Order

8   Granting Plaintiffs' Motion for Preliminary Approval of Class Action Lawsuit

9   Settlement issued by the Honorable Jesus G. Bernal, United States District Judge of

10  the Central District of California, in *Sigma Beta Xi, Inc, v. County of Riverside*, Case

11  No. 5:18-cv-01399-JGB-JEM (the "Federal Action"), on August 26, 2019,

12  **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that:

13       Any youth involved in the Youth Accountability Team ("YAT") Program

14  and/or any other non-court-ordered probation supervision program, who is within the

15  jurisdiction of the juvenile court, shall be appointed counsel at no cost for purposes

16  of the youth's involvement in the YAT Program and/or any other non-court-ordered

17  probation supervision program only.

18       This Court further recognizes that, pursuant to agreement and stipulation by the

19  Parties, at all times hereafter upon entry of this Order, all youths referred to and

20  involved in a non-court-ordered probation supervision program operated by the

21  County, including the YAT Program, must be provided counsel by the County, for

22  purposes of the youth's involvement in the YAT Program and/or any other non-court-

23  ordered probation supervision program only, at no cost to the youth from the time the

24  youth is referred to the YAT Program or any other non-court-ordered probation

25  supervision program through the time that all documents related to the youth's referral

26  to and/or participation in the YAT Program or any other non-court-ordered probation

27  supervision program are sealed and destroyed. The County has represented that it will

28

-3-

1 | furnish such counsel through the Juvenile Defense Panel. Counsel thus appointed for
2 | the youth shall be provided access to all documents related to the youth's referral to
3 | and/or participation in the YAT Program or any other non-court-ordered probation
4 | supervision program, as necessary to represent the youth.

5 |      This Order shall become effective upon execution of the Order Granting
6 | Plaintiffs' Motion for Final Approval of Class Action Settlement in the Federal
7 | Action.

8 | IT IS SO ORDERED.

9

10

11 | Dated: *Dec. 13, 2019*

12 | HON. JUDITH C. CLARK

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-4-

# EXHIBIT F

1  SYLVIA TORRES-GUILLÉN (SBN 164835)
    *storres-guillen@aclusocal.org*
2  AMERICAN CIVIL LIBERTIES UNION
    FOUNDATION OF SOUTHERN CALIFORNIA, INC.
3  1313 W. 8th Street
    Los Angeles, CA 90017
4  Telephone:  (213) 977-5220
    Facsimile:   (213) 977-5299
5
    Attorneys for Plaintiffs
6
7  JAMES E. BROWN, Assistant County Counsel (SBN 162579)
    KELLY A. MORAN, Deputy County Counsel (SBN 267147)
8  3960 Orange Street, Suite 500
    Riverside, CA  92501-3674
    Telephone:  (951) 955-6300
9  Facsimile:   (951) 955-6363
    Email: Jebbrown@rivco.org
10         Kmoran@rivco.org
11  Attorneys for Defendants, COUNTY OF RIVERSIDE; MARK HAKE,
    AND BRYCE HULSTROM
12  *Additional counsel on following page*

13

**SUPERIOR COURT FOR THE STATE OF CALIFORNIA**

14

**COUNTY OF RIVERSIDE - JUVENILE COURT**

15

| | |
|---|---|
| 16  SIGMA BETA XI, INC.; ANDREW M., by and through his next friend DENISE M., on behalf of himself and all others similarly situated; JACOB T., by and through his next friend HEATHER T., on behalf of himself and all others similarly situated; J.F., by and through her next friend CINDY MCCONNELL, on behalf of herself and all others similarly situated, | **[PROPOSED] ORDER OF THE JUVENILE COURT REGARDING SEALING OF YAT PROGRAM CASE FILES UNDER WELFARE & INSTITUTIONS CODE § 786.5** |
| | Presiding Judge: Hon. Judith C. Clark |
| 21          Plaintiffs, | |
| 22       v. | Case No. SWJ1900571 |
| 23  COUNTY OF RIVERSIDE; MARK HAKE, Chief of the Riverside County Probation Department, in his official capacity; BRYCE HULSTROM, Chief Deputy of the Riverside County Probation Department, in his official capacity, | |
| 27          Defendants. | |

28

1  LINNEA L. NELSON (SBN 278960)
2    lnelson@aclunc.org
   AMERICAN CIVIL LIBERTIES
3  UNION FOUNDATION OF
   NORTHERN CALIFORNIA, INC.
4  39 Drumm St.
   San Francisco, CA 94111
5  Telephone: (415) 621-2493

6  DAVID LOY (SBN 229235)
7    davidloy@aclusandiego.org
   MELISSA DELEON (SBN 272792)
8    mdeleon@aclusandiego.org
   AMERICAN CIVIL LIBERTIES
9  UNION FOUNDATION OF SAN
   DIEGO AND IMPERIAL COUNTIES
10 P.O. Box 87131
   San Diego, CA 92138-7131
11 Telephone: (619) 398-4489
   Facsimile: (619) 232-0036

MOE KESHAVARZI (SBN 223759)
  mkeshavarzi@sheppardmullin.com
ANDREA N. FEATHERS (SBN 287188)
  afeathers@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone:    (213) 620-1780
Facsimile:    (213) 620-1398

MICHAEL HARRIS (SBN 118234)
  mharris@youthlaw.org
NATIONAL CENTER FOR
YOUTH LAW
405 14th Street, 15th Floor
Oakland, CA 94612
Telephone:    (510) 835-8098
Facsimile:    (410) 835-8099

VICTOR LEUNG (SBN 268590)
  vleung@aclusocal.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SOUTHERN
CALIFORNIA, INC.
1313 W. 8th Street
Los Angeles, CA 90017
Telephone:    (213) 977-5219
Facsimile:    (213) 977-5299

Attorneys for Plaintiffs

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:**

Hearings on the Joint Stipulation and Petition filed by Plaintiffs Sigma Beta Xi, Inc., Jacob T., J.F., and Andrew M., and Defendants County of Riverside (the "County"), Mark Hake, and Bryce Hulstrom (together, the "Parties") took place before the Honorable Judith C. Clark, Superior Court Judge of Riverside County – Southwest Juvenile Court on October 21, 2019, November 6, 2019 and December 6, 2019. After considering the papers filed by the Parties, oral arguments, and the Order Granting Plaintiffs' Motion for Preliminary Approval of Class Action Settlement issued by the Honorable Jesus G. Bernal, United States District Judge of the Central District of California, in *Sigma Beta Xi, Inc, v. County of Riverside*, Case No. 5:18-cv-01399-JGB-JEM (the "Federal Action"), on August 26, 2019,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that:

For the 23,717 youth the Riverside County Probation Department has deemed to have "successfully completed" the Youth Accountability Team ("YAT") Program, pursuant to Welfare & Institutions Code § 786.5, the Riverside County Probation Department shall seal the YAT Program case file records in its custody relating to all of the 23,717 youth referred to, and/or who participated in, the YAT Program.

The Riverside County Probation Department shall also notify all public or private agencies involved in operating the YAT Program to seal the YAT Program case file records in the custody of those agencies relating to all of the 23,717 youth's referral and participation in the YAT Program in accordance with Welfare & Institutions Code § 786.5. These agencies shall promptly seal all such records in accordance thereto.

Pursuant to Welfare & Institutions Code § 786.5, upon such sealing of any records of these 23,717 youth, the arrest or offense giving rise to the youth's participation in the program shall be deemed not to have occurred and the youth may

1  respond accordingly to any inquiry, application, or process in which disclosure of this

2  information is requested or sought.

3       This Order shall become effective upon execution of the Order Granting

4  Plaintiffs' Motion for Final Approval of Class Action Settlement in the Federal

5  Action.

6  IT IS SO ORDERED.

7

8

9

10  Dated:  Dec. 13, 2019

11                                    HON. JUDITH C. CLARK

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-4-

# EXHIBIT G

1  SYLVIA TORRES-GUILLÉN (SBN 164835)
   *storres-guillen@aclusocal.org*
2  AMERICAN CIVIL LIBERTIES UNION
   FOUNDATION OF SOUTHERN CALIFORNIA, INC.
3  1313 W. 8th Street
   Los Angeles, CA 90017
4  Telephone: (213) 977-5220
   Facsimile:  (213) 977-5299
5
6  Attorneys for Plaintiffs

7  JAMES E. BROWN, Assistant County Counsel (SBN 162579)
   KELLY A. MORAN, Deputy County Counsel (SBN 267147)
   3960 Orange Street, Suite 500
8  Riverside, CA 92501-3674
   Telephone: (951) 955-6300
9  Facsimile:  (951) 955-6363
   Email: Jebbrown@rivco.org
10        Kmoran@rivco.org

11 Attorneys for Defendants, COUNTY OF RIVERSIDE; MARK HAKE,
   AND BRYCE HULSTROM
12 *Additional counsel on following page*

13
14          **SUPERIOR COURT FOR THE STATE OF CALIFORNIA**

15          **COUNTY OF RIVERSIDE - JUVENILE COURT**

16 SIGMA BETA XI, INC.; ANDREW         **[PROPOSED] ORDER OF THE**
   M., by and through his next friend   **JUVENILE COURT AUTHORIZING**
17 DENISE M., on behalf of himself and  **ACCESS TO YOUTH**
   all others similarly situated; JACOB **ACCOUNTABILITY TEAM**
18 T., by and through his next friend    **JUVENILE CASE FILES BY**
   HEATHER T., on behalf of himself     **MONITORS TO ENSURE THE**
19 and all others similarly situated; J.F., **COUNTY'S COMPLIANCE WITH**
   by and through her next friend CINDY **THE TERMS OF THE SETTLEMENT**
20 MCCONNELL, on behalf of herself      **AGREEMENT IN THE FEDERAL**
   and all others similarly situated,   **ACTION**

21          Plaintiffs,              Presiding Judge: Hon. Judith C.
22                                   Clark
           v.
23                                   Case No. SWJ1900571
   COUNTY OF RIVERSIDE; MARK
24 HAKE, Chief of the Riverside County
   Probation Department, in his official
25 capacity; BRYCE HULSTROM, Chief
   Deputy of the Riverside County
26 Probation Department, in his official
   capacity,
27
           Defendants.
28

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

DEC 20 2019

A.LaMar

DEC 20 2019

1   LINNEA L. NELSON (SBN 278960)
2     lnelson@aclunc.org
    AMERICAN CIVIL LIBERTIES
3   UNION FOUNDATION OF
    NORTHERN CALIFORNIA, INC.
4   39 Drumm St.
    San Francisco, CA 94111
5   Telephone: (415) 621-2493

6   DAVID LOY (SBN 229235)
7     davidloy@aclusandiego.org
    MELISSA DELEON (SBN 272792)
8     mdeleon@aclusandiego.org
    AMERICAN CIVIL LIBERTIES
9   UNION FOUNDATION OF SAN
    DIEGO AND IMPERIAL COUNTIES
10  P.O. Box 87131
    San Diego, CA 92138-7131
11  Telephone: (619) 398-4489
    Facsimile: (619) 232-0036

MOE KESHAVARZI (SBN 223759)
  mkeshavarzi@sheppardmullin.com
ANDREA N. FEATHERS (SBN 287188)
  afeathers@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone:    (213) 620-1780
Facsimile:    (213) 620-1398

MICHAEL HARRIS (SBN 118234)
  mharris@youthlaw.org
NATIONAL CENTER FOR
YOUTH LAW
405 14th Street, 15th Floor
Oakland, CA 94612
Telephone:    (510) 835-8098
Facsimile:    (410) 835-8099

VICTOR LEUNG (SBN 268590)
  vleung@aclusocal.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SOUTHERN
CALIFORNIA, INC.
1313 W. 8th Street
Los Angeles, CA 90017
Telephone:  (213) 977-5219
Facsimile:  (213) 977-5299

Attorneys for Plaintiffs

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER OF THE JUVENILE COURT

1  **TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:**

2      Hearings on the Joint Stipulation and Petition filed by Plaintiffs Sigma Beta Xi,

3  Inc., Jacob T., J.F., and Andrew M., and Defendants County of Riverside (the

4  "County"), Mark Hake, and Bryce Hulstrom (together, the "Parties") took place

5  before the Honorable Judith C. Clark, Superior Court Judge of Riverside County –

6  Southwest Juvenile Court on October 21, 2019, November 6, 2019, and December 6,

7  2019. After considering the papers filed by the Parties, oral argument, and the Order

8  Granting Plaintiffs' Motion for Preliminary Approval of Class Action Settlement

9  issued by the Honorable Jesus G. Bernal, United States District Judge of the Central

10  District of California, in *Sigma Beta Xi, Inc, v. County of Riverside*, Case No. 5:18-

11  cv-01399-JGB-JEM (the "Federal Action") on August 26, 2019,

12  **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that:

13      In accordance with Section XIV of the Parties' Settlement Agreement, the

14  third-party Monitors stipulated to by the Parties shall be permitted access to the Youth

15  Accountability Team ("YAT") Program case files for all youth in the YAT Program

16  or any other non-court-ordered probation supervision program to ensure Defendants'

17  compliance with the Agreement, subject to the following conditions: 1) any reports

18  prepared by the third-party Monitors shall not include any of the juveniles' names or

19  personally identifying information; 2) any reports prepared by the third-party

20  Monitors shall not include any individual YAT case file, or part thereof, as an

21  attachment, addendum or exhibit to the report, and 3) the Parties shall use the

22  following notice which currently exists in the Notice to the Class in the Federal

23  Action, provided to this Court, which advises Class Members that, "The County will

24  regularly collect and analyze data around the referrals, participation, and outcomes

25  for youth who are placed in the YAT program. The County will disaggregate all data

26  to show any disparities by race / ethnicity, gender, age at time of alleged offense, and

27

28

1  foster youth status. The County will publish a written, publicly available report each
2  year sharing its analysis of this data."
3       This Order shall become effective upon execution of the Order Granting
4  Plaintiffs' Motion for Final Approval of Class Action Settlement in the Federal
5  Action.
6  IT IS SO ORDERED.
7
8
9  Dated: _Dec. 13, 2019_
10                    HON. JUDITH C. CLARK
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-4-

SMRH:4838-5931-9960.1    [PROPOSED] ORDER OF THE JUVENILE COURT

# EXHIBIT H

1  SYLVIA TORRES-GUILLÉN (SBN 164835)
    storres-guillen@aclusocal.org
2  AMERICAN CIVIL LIBERTIES UNION
    FOUNDATION OF SOUTHERN CALIFORNIA, INC.
3  1313 W. 8th Street
    Los Angeles, CA 90017
4  Telephone:  (213) 977-5220
    Facsimile:   (213) 977-5299
5
6  Attorneys for Plaintiffs

7  JAMES E. BROWN, Assistant County Counsel (SBN 162579)
    KELLY A. MORAN, Deputy County Counsel (SBN 267147)
8  3960 Orange Street, Suite 500
    Riverside, CA  92501-3674
9  Telephone:  (951) 955-6300
    Facsimile:   (951) 955-6363
10  Email: Jebbrown@rivco.org
         Kmoran@rivco.org
11
    Attorneys for Defendants, COUNTY OF RIVERSIDE; MARK HAKE,
12  AND BRYCE HULSTROM

13  *Additional counsel on following page*

14           **SUPERIOR COURT FOR THE STATE OF CALIFORNIA**

15             **COUNTY OF RIVERSIDE - JUVENILE COURT**

16  SIGMA BETA XI, INC.; ANDREW              **[PROPOSED] ORDER OF THE**
    M., by and through his next friend       **JUVENILE COURT AUTHORIZING**
17  DENISE M., on behalf of himself and      **ACCESS TO JUVENILE NAMES AND**
    all others similarly situated; JACOB     **CONTACT INFORMATION BY AB**
18  T., by and through his next friend        **DATA TO PROVIDE NOTICE OF**
    HEATHER T., on behalf of himself          **THE CLASS SETTLEMENT**
19  and all others similarly situated; J.F.,  **AGREEMENT IN THE FEDERAL**
    by and through her next friend CINDY      **ACTION**
20  MCCONNELL, on behalf of herself
    and all others similarly situated,       Presiding Judge: Hon. Judith C.
21                                            Clark_____
                Plaintiffs,
22                                            Case No. SWJ1900571
23           v.

24  COUNTY OF RIVERSIDE; MARK
    HAKE, Chief of the Riverside County
25  Probation Department, in his official
    capacity; BRYCE HULSTROM, Chief
26  Deputy of the Riverside County
    Probation Department, in his official
27  capacity,

28                Defendants.

SMRH:4838-5931-            [PROPOSED] ORDER OF THE JUVENILE COURT
9960.1

1  LINNEA L. NELSON (SBN 278960)
2   lnelson@aclunc.org
   AMERICAN CIVIL LIBERTIES
3  UNION FOUNDATION OF
   NORTHERN CALIFORNIA, INC.
4  39 Drumm St.
   San Francisco, CA 94111
5  Telephone: (415) 621-2493

6  DAVID LOY (SBN 229235)
    davidloy@aclusandiego.org
7  MELISSA DELEON (SBN 272792)
    mdeleon@aclusandiego.org
8  AMERICAN CIVIL LIBERTIES
   UNION FOUNDATION OF SAN
9  DIEGO AND IMPERIAL COUNTIES
   P.O. Box 87131
10 San Diego, CA 92138-7131
   Telephone: (619) 398-4489
11 Facsimile: (619) 232-0036

MOE KESHAVARZI (SBN 223759)
mkeshavarzi@sheppardmullin.com
ANDREA N. FEATHERS (SBN 287188)
afeathers@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone:   (213) 620-1780
Facsimile:   (213) 620-1398

MICHAEL HARRIS (SBN 118234)
mharris@youthlaw.org
NATIONAL CENTER FOR
YOUTH LAW
405 14th Street, 15th Floor
Oakland, CA 94612
Telephone:   (510) 835-8098
Facsimile:   (410) 835-8099

VICTOR LEUNG (SBN 268590)
vleung@aclusocal.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SOUTHERN
CALIFORNIA, INC.
1313 W. 8th Street
Los Angeles, CA 90017
Telephone:   (213) 977-5219
Facsimile:   (213) 977-5299

Attorneys for Plaintiffs

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

1  TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

2          Hearings on the Joint Stipulation and Petition filed by Plaintiffs Sigma Beta Xi,

3  Inc., Jacob T., J.F., and Andrew M., and Defendants County of Riverside (the

4  "County"), Mark Hake and Bryce Hulstrom (together, the "Parties") took place before

5  the Honorable Judith C. Clark, Superior Court Judge of Riverside County – Southwest

6  Juvenile Court on October 21, 2019, November 6, 2019, and December 6, 2019. After

7  considering the papers filed jointly by the Parties, oral argument, and the Order

8  Granting Plaintiffs' Motion for Preliminary Approval of Class Action Settlement

9  issued by the Honorable Jesus G. Bernal, United States District Judge of the Central

10 District of California, in *Sigma Beta Xi, Inc, v. County of Riverside*, Case No. 5:18-

11 cv-01399-JGB-JEM (the "Federal Action") on August 26, 2019,

12 **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that:

13         In accordance with Section XVI of the Parties' Settlement Agreement, AB Data

14 shall be permitted access to the names and contact information for all youth who were

15 referred to or have participated in the YAT Program to provide notice of the

16 settlement to Class Members, subject to the following conditions: 1) the names and

17 contact information for the aforementioned youth may only be used for the limited

18 purpose of providing notice of the settlement to the class members in the Federal

19 Action; 2) the information cannot be provided by AB Data to any other entity except

20 as necessary to effectuate mailing the notice to the class members in the Federal

21 Action, e.g., AB Data may indirectly share the information with the United States

22 Postal Service to effectuate delivery of the notice to the class members; and 3) the

23 information cannot be sold, shared, or disseminated in any other way by AB Data.

24 IT IS SO ORDERED.

25

26 Dated: _Dec. 13, 2019_

27                                          _____
                                            HON. JUDITH C. CLARK

28

-3-

1

<u>**PROOF OF SERVICE**</u>

2

**United States District Court Case No. 5:18-cv-01399**

3

I, the undersigned, say that I am a citizen of the United States and am employed

4

in the county of Riverside, over the age of 18 years and not a party to the within action or proceeding; that my business address is: 3960 Orange Street, Suite 500, Riverside,

5

CA 92501-3611.

6

On  August 24, 2020 , a true and correct copy of the foregoing document entitled:

7

**ADDENDUM TO CLASS ACTION SETTLEMENT AGREEMENT**

8

was served on all parties pursuant to FRCivP 5(b) as follows:

9

10

SEE ATTACHED – SERVICE LIST

11

☒ TO BE SERVED BY THE COURT VIA THE NOTICE OF ELECTRONIC

12

FILING (NEF).        Pursuant to L.R. 5-3.2.3, the foregoing document will be served by the court via NEF and hyperlink to the document. I checked the

13

CM/ECF docket for this case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF

14

transmission at the addresses stated.

15

I declare under penalty of perjury under the laws of the State of California that

16

the foregoing is true and correct.

17

Executed on  August 24, 2020 , at Riverside, California.

18

19

20

21

Michelle Quiroz

22

23

24

25

26

27

28

-11-

ADDENDUM TO CLASS ACTION SETTLEMENT AGREEMENT

## SERVICE LIST

| | |
|---|---|
| Sylvia Torres-Guillén<br>*storres-guillen@aclusocal.org*<br>Hannah Comstock<br>*hcomstock@aclusocal.org*<br>American Civil Liberties Union<br>Foundation of Southern California, Inc.<br>1313 W. 8th Street<br>Los Angeles, CA 90017<br>T: (213) 977-5220<br>F: (213) 977-5299<br>Attorneys for Plaintiff | Christine P. Sun<br>*csun@aclunc.org*<br>Linnea L. Nelson<br>*lneslon@aclunc.org*<br>American Civil Liberties Union<br>Foundation of Northern California, Inc.<br>39 Drumm St.<br>San Francisco, CA 94111<br>T: (415) 621-2493 |
| Sheppard Mullin Richter & Hampton<br>Moe Keshavarzi<br>*mkeshavarzi@sheppardmullin.com*<br>Andrea N. Feathers<br>*afeathers@sheppardmullin*<br>333 South Hope Street, 43rd Floor<br>Los Angeles, CA 90071-1422<br>T: (213) 620-1780<br>F: (213) 620-1398 | Sarah Hinger<br>*shinger@aclu.org*<br>American Civil Liberties Union Foundation<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>T: (212) 519-7882 |
| MICHAEL HARRIS<br>*mharris@youthlaw.org*<br>NATIONAL CENTER FOR YOUTH LAW<br>405 14th Street, 15th Floor<br>Oakland, CA 94612<br>Telephone: (510) 835-8098<br>Facsimile: (410) 835-8099 | DAVID LOY<br>*davidloy@aclusandiego.org*<br>MELISSA DELEON<br>*mdeleon@aclusandiego.org*<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SAN DIEGO AND IMPERIAL COUNTIES<br>P.O. Box 87131<br>San Diego, CA 92138-7131<br>Telephone: (619) 398-4489<br>Facsimile: (619) 232-0036 |
| VICTOR LEUNG<br>*vleung@aclusocal.org*<br>ALEXIS PIAZZA<br>*apiazza@aclusocal.org*<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SOUTHERN CALIFORNIA, INC.<br>1313 W. 8th Street<br>Los Angeles, CA 90017<br>Telephone: (213) 977-5219<br>Facsimile: (213) 977-5299 | |